

| | | Service of Process Transmittal |
|---|---|---|
| | | 12/22/2020 |
| | | CT Log Number 538781942 |

| | |
|---|---|
| **TO:** | Gina Downs |
| | B. Riley Financial, Inc. |
| | 30870 RUSSELL RANCH RD STE 250 |
| | WESTLAKE VILLAGE, CA 91362-7366 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | B. Riley Wealth Management, Inc.  (Domestic State: TN) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | RICHARD COMEAU MARTEL, et al., Pltfs. vs. B RILEY WEALTH MANAGEMENT INC, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified <br> Case # C20205899A |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 12/22/2020 at 09:20 |
| **JURISDICTION SERVED :** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **REMARKS:** | Due to the illegible condition of the enclosed documents, CTs transmittal may be incomplete. |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 12/22/2020, Expected Purge Date: 12/27/2020 |
| | Image SOP |
| | Email Notification,  Gina Downs  gdowns@brileyfin.com |
| | Email Notification,  Michael Markunas  mmarkunas@brileyfbr.com |
| | Email Notification,  Alan Forman  aforman@brileyfin.com |
| | Email Notification,  Charlotte Wallace  cwallace@brileywealth.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System <br> 3867 Plaza Tower Dr. <br> Baton Rouge, LA 70816 <br> 866-203-1500 <br> DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other



# Service of Process Transmittal
12/22/2020
CT Log Number 538781942

| | |
|---|---|
| **TO:** | Gina Downs<br>B. Riley Financial, Inc.<br>30870 RUSSELL RANCH RD STE 250<br>WESTLAKE VILLAGE, CA 91362-7366 |
| **RE:** | **Process Served in Louisiana** |
| **FOR:** | B. Riley Wealth Management, Inc.  (Domestic State: TN) |

advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / AP

LAFPC.CV.61831889

Requested by Atty.: GAUDIN, TODD E

# CITATION

| | |
|---|---|
| RICHARD COMEAU MARTEL, ET AL | FIFTEENTH JUDICIAL DISTRICT COURT |
| VS | DOCKET NUMBER: C-20205899 A |
| B RILEY WEALTH MANAGEMENT INC | LAFAYETTE PARISH, LOUISIANA |

**STATE OF LOUISIANA**

TO:  B. RILEY WEALTH MANAGEMENT, INC.
THROUGH ITS AGENT FOR SERVICE:
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816



of the Parish of E. BATON ROUGE

You are hereby cited to comply with the demand contained in the petition, a certified copy of which accompanies this citation, (exclusive of exhibits). You should file an answer or other pleading to said petition in the office of the Clerk of the FIFTEENTH JUDICIAL DISTRICT COURT, in the Lafayette Parish Courthouse, LAFAYETTE, Louisiana, within fifteen (15) days after the service hereof. Alternatively, your failure to comply herewith will subject you to the penalty of entry of default judgment against you.

Witness the Honorable Judges of said Court, this DECEMBER 9, 2020.

_____
Deputy Clerk of Court
Lafayette Parish

*Attached are the following documents:
**FAX AND ORIGINAL PETITION FOR DAMAGES**

---

SHERIFF'S RETURN
LAFAYETTE PARISH SHERIFF

DATE SERVED: _____, 20_____ TIME: _____
SERVED: _____
PERSONAL ( ) _____
DOMICILIARY ( ) ON _____
UNABLE TO LOCATE       MOVED ( )       NO SUCH ADDRESS ( )
OTHER REASON: _____
RECEIVED TOO LATE FOR SERVICE   ( )
SERVICE OF WITHIN PAPERS
COSTS FEE $_____   MILEAGE $_____   TOTAL $_____
DEPUTY _____

Lafayette Parish
Filed Nov 25, 2020 1:54 PM
Jamie Trahan
Deputy Clerk of Court

C-20205899 A

Quality of original in poor condition

| RICHARD COMBEAU MARTEL, ET. AL. | # C-20205899  A |
|---|---|
| VERSUS | 15th JUDICIAL DISTRICT COURT |
| B. RILEY WEALTH MANAGEMENT, INC. | PARISH OF LAFAYETTE |
| | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT comes RICHARD COMEAU MARTEL, an adult citizen who is domiciled in Nevada, CHARLENE COMEAUX KENNEDY, SUSIE COMEAUX HEROMAN, and PATRICE COMEAUX ELIAS, adult citizens domiciled in East Baton Rouge Parish and, ROBERT COMEAUX JR., LISA COMEAUX, LAURA COMEAUX, DOUGLAS COMEAUX, and NICOLE COMEAUX, adult citizens who are domiciled in Lafayette Parish, who all allege through undersigned counsel that:

1.

The Petitioners are successors of MARIE THERESE COMEAUX's former estate, and of MARIE JEANNE COMEAUX DIMAURO's estate in succession.

2.

Made Defendant is B. RILEY WEALTH MANAGEMENT, INC., formerly WUNDERLICH SECURITIES, INC. ("WUNDERLICH"), a Tennessee corporation doing business in Louisiana.

3.

WUNDERLICH drafted and provided an account agreement to MARIE THERESE COMEAUX, MARIE JEANNE COMEAUX DIMAURO, and MARGUERITE LORMAND LEVY, that purported to assign rights to MARGUERITE LORMAND LEVY as a *joint tenant with rights of survivorship*.

4.

MARIE THERESE COMEAUX and MARGUERITE LORMAND LEVY signed a WUNDERLICH account agreement and MARIE JEANNE COMEAUX DIMAURO and MARGUERITE LORMAND LEVY signed another WUNDERLICH account agreement.


Certified True and Correct Copy
CertID: 2020120900451

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/9/2020 12:57 PM

25-Nov-2020 12:30  On Point Legal - Gaudin - 2252967414  Nov 25 2020 12:41pm  unknown  p.2

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

> Quality of original in poor condition

**5.**

The WUNDERLICH account agreement was provided to MARIE THERESE COMEAUX, MARIE JEANNE COMEAUX DIMAURO, and MARGUERITE LORMAND LEVY, Louisiana citizens who signed the WUNDERLICH account agreement in the state of Louisiana.

**6.**

The funds in the two WUNDERLICH financial accounts were deposited into the accounts by MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO, respectively, and were their income, their property.

**7.**

After the deaths of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO, and based on the WUNDERLICH account agreements, MARGUERITE LORMAND LEVY transferred the funds in the WUNDERLICH accounts into another financial account under her sole control and did not include those funds as part of the MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, which would have been disbursed to the estate successors but were not.

**8.**

Louisiana law applies to the management of the two WUNDERLICH accounts.

**9.**

Joint tenancy with rights of survivorship is not a legal concept that is recognized in Louisiana and could not excuse MARGUERITE LORMAND LEVY's conversion of the funds in the WUNDERLICH accounts, which were property of the MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates.

**10.**

WUNDERLICH knew or should have known that its account agreement that purported to assign rights to MARGUERITE LORMAND LEVY under Joint tenancy with

---

RICHARD COMEAUX MARTEL, et al V. B. RILEY WEALTH MANAGEMENT, INC.
Parish of Lafayette

[Page 2 of 3]



Certified True and Correct Copy
CertID: 2020120900451

Lafayette Parish
Deputy Clerk of Court



Generated Date:
12/9/2020 12:57 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

rights of survivorship was not applicable or enforceable in Louisiana.

11.

Its business negligence cause or led to MARGUERITE LORMAND LEVY's conversion of the funds in the WUNDERLICH accounts and damaged the Petitioners, as successors of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, which has not yet been repaired, redeemed, or justly compensated.

12.

MARGUERITE LORMAND LEVY, as Independent Executrix for the succession of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, failed to inform the successors of her conversion of funds and they would have had no reason to know about it because she did not provide them with any required administration accounting, which would have alerted them to the problem.

WHEREFORE, Petitioners ask this Court to render a Judgment in their favor and against WUNDERLICH, which redeems and/or compensates them in full for WUNDERLICH's fault that lead to MARGUERITE LORMAND LEVY's conversion of funds.

| PLEASE HOLD SERVE: | ON POINT LEGAL, LLC |
|---|---|
| B. RILEY WEALTH MANAGEMENT, INC. | 10630 N. Oak Hills Parkway<br>Baton Rouge La. 70810<br>(225) 412-8048<br>(225) 296-7414<br>todd@myonpointlegal.com<br><br>BY: _____<br>Todd E. Gaudin<br>Bar Roll No. #24428<br><br>*Attorney for the Petitioners* |

RICHARD COMEAU MARTEL, et al V. B. RILEY WEALTH MANAGEMENT, INC.
Parish of Lafayette                                            (Page 3 of 3).


Certified True and Correct Copy
CertID: 20201209000451
Nov 25 2020 12:42pm

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/9/2020 12:57 PM

25-Nov-2020  12:30   On Point Legal - Gaudin - 2252967414   unknown   p.4

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

Lafayette Parish
Filed Dec 03, 2020 10:45 AM
Abby Brinkman
Deputy Clerk of Court
FAX Received Nov 25, 2020

C-20205899 A

| RICHARD COMEAU MARTEL, ET. AL. | # C-20205899-A |
|---|---|
| VERSUS | 15th JUDICIAL DISTRICT COURT |
| B. RILEY WEALTH MANAGEMENT, INC. | PARISH OF LAFAYETTE |
| | STATE OF LOUISIANA |

## PETITION FOR DAMAGES

NOW INTO COURT comes RICHARD COMEAU MARTEL, an adult citizen who is domiciled in Nevada, CHARLENE COMEAUX KENNEDY, SUSIE COMEAUX HEROMAN, and PATRICE COMEAUX ELLIS, adult citizens domiciled in East Baton Rouge Parish and, ROBERT COMEAUX JR., LISA COMEAUX, LAURA COMEAUX, DOUGLAS COMEAUX, and NICOLE COMEAUX, adult citizens who are domiciled in Lafayette Parish, who all allege through undersigned counsel that:

1.

The Petitioners are successors of MARIE THERESE COMEAUX's former estate, and of MARIE JEANNE COMEAUX DIMAURO's estate in succession.

2.

Made Defendant is B. RILEY WEALTH MANAGEMENT, INC., formerly WUNDERLICH SECURITIES, INC. ("WUNDERLICH"), a Tennessee corporation doing business in Louisiana.

3.

WUNDERLICH drafted and provided an account agreement to MARIE THERESE COMEAUX, MARIE JEANNE COMEAUX DIMAURO, and MARGUERITE LORMAND LEVY, that purported to assign rights to MARGUERITE LORMAND LEVY as a *joint tenant with rights of survivorship*.

4.

MARIE THERESE COMEAUX and MARGUERITE LORMAND LEVY signed a WUNDERLICH account agreement and MARIE JEANNE COMEAUX DIMAURO and MARGUERITE LORMAND LEVY signed another WUNDERLICH account agreement.

Certified True and Correct Copy
CertID: 2020120900450

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/9/2020 12:56 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

5.

The WUNDERLICH account agreement was provided to MARIE THERESE COMEAUX, MARIE JEANNE COMEAUX DIMAURO, and MARGUERITE LORMAND LEVY, Louisiana citizens who signed the WUNDERLICH account agreement in the state of Louisiana.

6.

The funds in the two WUNDERLICH financial accounts were deposited into the accounts by MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO, respectively, and were their income, their property.

7.

After the deaths of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO, and based on the WUNDERLICH account agreements, MARGUERITE LORMAND LEVY transferred "probate funds" in the WUNDERLICH accounts into another financial account under her sole control and did not include those funds as part of the MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, which would have been disbursed to the estate successors but were not.

8.

Moreover, the Defendant's account forms and processes that purported to assign rights to MARGUERITE LORMAND LEVY as a joint tenant with a right of survivorship, a designation not recognized under Louisiana law, led to, and was a cause and contributing factor of other damages.

9.

Louisiana law applies to the management of the two WUNDERLICH accounts.

10.

Joint tenancy with rights of survivorship is not a legal concept that is recognized in Louisiana and could not excuse MARGUERITE LORMAND LEVY's

RICHARD COMEAU MARTEL, et al V. B. RILEY WEALTH MANAGEMENT, INC.
Parish of Lafayette                                                                                  [Page ____ of ____].


Certified True and Correct Copy
CertID: 2020120900450

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/9/2020 12:56 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

conversion of the funds in the WUNDERLICH accounts, which were property of the MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates.

11.

WUNDERLICH knew or should have known that its account agreement that purported to assign rights to MARGUERITE LORMAND LEVY under joint tenancy with rights of survivorship was not applicable or enforceable in Louisiana.

12.

Its business negligence cause or led to MARGUERITE LORMAND LEVY's conversion of the funds in the WUNDERLICH accounts and damaged the Petitioners, as successors of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, which has not yet been repaired, redeemed, or justly compensated.

13.

MARGUERITE LORMAND LEVY, as Independent Executrix for the succession of MARIE THERESE COMEAUX and MARIE JEANNE COMEAUX DIMAURO estates, failed to inform the successors of her conversion of funds and they would have had no reason to know about it because she did not provide them with any required administration accounting, which would have alerted them to the problem.

WHEREFORE, Petitioners ask this Court to render a Judgment in their favor and against WUNDERLICH, which redeems and/or compensates them in full for WUNDERLICH's fault that lead to MARGUERITE LORMAND LEVY's conversion of funds.

| PLEASE SERVE:<br><br>B. RILEY WEALTH MANAGEMENT, INC. through its agent for service:<br>C T CORPORATION SYSTEM<br>3867 Plaza Tower Dr.<br>Baton Rouge, La 70816 | ON POINT LEGAL, LLC<br>10630 N. Oak Hills Parkway<br>Baton Rouge La 70810<br>(225) 412-8048<br>(225) 296-7414<br>todd@myonpointlegal.com<br><br>BY: *Todd E. Gaudin* (signature)<br>Todd E. Gaudin<br>Bar Roll No. #24428<br><br>*Attorney for the Petitioners* |

RICHARD COMEAU MARTEL, et al V. B. RILEY WEALTH MANAGEMENT, INC.
Parish of Lafayette                                                                                 [Page ___ of ___].


Certified True and Correct Copy
CertID: 2020120900450

Lafayette Parish
Deputy Clerk of Court

Generated Date:
12/9/2020 12:56 PM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).